DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

————————————————

LIVONTE LAMAR HOWARD,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D2023-1278

————————————————

October 17, 2025

Appeal from the Circuit Court for Hillsborough County; Samantha L. Ward, Judge.

Blair Allen, Public Defender, and Jean-Jacques A. Darius, Special Assistant Public Defender, Bartow, for Appellant.

James Uthmeier, Attorney General, Tallahassee, and J. Wade Stidham, Assistant Attorney General, Tampa, for Appellee.

PER CURIAM.

 Affirmed.

NORTHCUTT, ROTHSTEIN-YOUAKIM, and ATKINSON, JJ., Concur.

————————————————

Opinion subject to revision prior to official publication.